# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152007(27)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JESSE LEE AGNEW,
      Defendant-Appellant.

_____/

SC: 152007
COA: 326670
Wayne CC: 92-010859-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before October 25, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2016



Clerk